## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:08CR385** |
| | ) | |
| Plaintiff, | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| v. | ) | |
| | ) | |
| **MONTORIO WATKINS,** | ) | **MEMORANDUM OPINION** |
| | ) | **AND ORDER** |
| Defendant. | ) | |
| | ) | |

The instant matter is before the Court upon Magistrate Judge George J. Limbert's Report and Recommendation that the Court accept Defendant Montorio Watkins' ("Defendant") plea of guilty and enter a finding of guilty against Defendant. (Dkt. # 30.)

On September 17, 2008, the Government filed an Indictment against the Defendant. (Dkt. # 1.) On February 13, 2009, the Court issued an Order referring the instant matter to Magistrate Judge Limbert for the purpose of receiving Defendant's guilty plea. (Dkt. # 27.)

On February 17, 2009, the Defendant proffered a plea of guilty to Count One of the Indictment. Magistrate Judge Limbert received Defendant's guilty plea and issued a Report and Recommendation, in which the Magistrate Judge recommends that this Court accept the plea and enter a finding of guilty. (Dkt. # 30.) Neither party objected to the Magistrate Judge's Report and Recommendation in the ten days after it was

issued.

On *de novo* review of the record, the Magistrate Judge's Report and Recommendation is adopted.  The Defendant was found to be competent to enter a plea.  The Defendant understood his constitutional rights.  He is aware of the consequences of entering a plea.  There is an adequate factual basis for the plea.  The Court finds that the plea was entered knowingly, intelligently, and voluntarily.  The Defendant's plea of guilty is approved.

Therefore, the Defendant is adjudged guilty of Count One in violation of 18 U.S.C. § 922(g)(1).  The sentencing will be held on **May 14, 2009, at 10:00 a.m.**

**IT IS SO ORDERED**.

> **/s/ Peter C. Economus - March 4, 2009**
> **PETER C. ECONOMUS**
> **UNITED STATES DISTRICT JUDGE**